# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-2599

———————————————

MICHAEL STEVEN GRAVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

RAY and MAKAR, JJ., and FORST, ALAN O., ASSOCIATE JUDGE,
concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.